THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK GERVASI and SALVATORE NATALE, Appellants.

(Submitted November 28, 1933; decided January 9, 1934.)

*Joseph Lonardo* for appellants.

*Charles S. Colden, District Attorney (Mordecai Konowitz* of counsel), for respondent.

Judgment as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.